

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
dlight@hasbanilight.com

September 23, 2021

**VIA CM/ECF**
Hon. Ronnie Abrams
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

> RE: *Windward Bora LLC v. Karrim Mohamed et al.*
> **Case 1:21-cv-03736**
> **Plaintiff's Second Request for Extension to File Motion for Default Judgment**

Dear Judge Abrams,

We represent the Plaintiff, Windward Bora LLC ("Plaintiff") in the above referenced matter. Please allow this letter to serve as Plaintiff's second request for an extension to file its motion for default judgment.

On August 27, 2021, your honor ordered Plaintiff to file a motion for default judgment no later than August 27, 2021. By way of an order dated August 26, 2021, your honor extended Plaintiff's deadline to file a motion for default judgment to September 27, 2021.

Plaintiff requests another short extension to file the above motion. The servicer for this mortgage advised they are continuing to have difficulty gathering records due to the fact that most of its staff is working remotely due to the Covid-19 pandemic.

Therefore, we respectfully request that your honor allow us another short extension to move for default judgment. This is Plaintiff's second request for such extension.

We thank the Court for its continued attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned.

Respectfully,

*/s/ Danielle P. Light*

Application granted. Plaintiff's deadline to file a motion for default judmgent is adjourned to October 27, 2021.

SO ORDERED.

Hon. Ronnie Abrams
09/24/2021