USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WINDWARD BORA LLC,

                 Plaintiff,

         v.

KARRIM MOHAMED and NATIONAL
COLLEGIATE STUDENT LOAN TRUST
2006-3,

                 Defendants.

No. 21-CV-3736 (RA)

ORDER TO SHOW CAUSE FOR
DEFAULT JUDGMENT

---

RONNIE ABRAMS, United States District Judge:

      On June 4, 2021, the Clerk of Court entered certificates of default against Defendants, and on October 27, 2021, Plaintiff moved for a default judgment against both Defendants. Defendant Karrim Mohamed appeared and filed an opposition on December 17, 2021, and Plaintiff replied on January 24, 2021. Upon consideration of these documents, it is hereby:

      ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order on Defendant National Collegiate Student Loan Trust 2006-3 ("National Collegiate") by July 20, 2022 by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall file proof of service of these documents with the Court.

      IT IS FURTHER ORDERED that National Collegiate's answering papers, if any, should be served upon Plaintiff by August 3, 2022.

      IT IS FURTHER ORDERED that Defendants show cause at a telephonic conference to be held on August 9, 2022 at 11:00 a.m. why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Complaint. The parties shall use the dial-in information provided below to call in to the conference: Call-in Number: (888) 363-4749; Access Code:

1015508. This conference line is open to the public.

    The Clerk of Court is respectfully directed to terminate the letter motion pending at docket 42.

SO ORDERED.

Dated:    July 8, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge