USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

                Plaintiff,

v.

KARRIM MOHAMED and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,

                Defendants.

21-CV-3736 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons stated at today's conference, Plaintiff's motion for a default judgment is hereby denied. Defendant Mohamed shall file a responsive pleading on or before August 29, 2022. No later than August 30, 2022, the parties shall file a joint letter proposing next steps in this action.

      The Clerk of Court is respectfully directed to terminate the motion pending at docket 30.

SO ORDERED.

Dated:    August 9, 2022
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge