UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDWARD BORA LLC, <br><br> Plaintiff, <br><br> v. <br><br> KARRIM MOHAMED and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, <br><br> Defendants. | No. 21-cv-3736 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

An post-discovery conference was previously scheduled in this matter for February 3, 2023 at 12:00 p.m.  Due to a scheduling conflict, the conference is hereby rescheduled for 2:00 p.m. on Thursday, February 2, 2023.  Call-In Number: (888) 363-4749; Access Code: 1015508#.  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

In addition, pursuant to the Case Management Plan dated October 7, 2022, the parties were to submit a joint letter no later than one week in advance of the post-discovery conference, updating the Court on the status of the case including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.  The Court has not received that letter to date.  The parties shall file the status letter by February 1, 2023.

SO ORDERED.

Dated:   January 31, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge