UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

                Plaintiff,

       v.

KARRIM MOHAMED and NATIONAL
COLLEGIATE STUDENT LOAN TRUST
2006-3,

                Defendants.

No. 21-cv-3736 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A post-discovery conference was previously scheduled in this matter for April 28, 2023 at 11:00 a.m. Due to a scheduling conflict, the conference is hereby rescheduled for 1:00 p.m. on May 5, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#. A status letter is still due one week in advance of the conference, as ordered in the Court's endorsement dated February 2, 2023.

    Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    April 18, 2023
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge