

Mojdeh Malekan, Esq.

450 Seventh Avenue
Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
mmalekan@hasbanilight.com

October 30, 2023

**VIA ECF**
Judge Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 30, 2023

    **RE:**    Windward Bora LLC v. Mohamed et al.
            Case No: 21-cv-03736
            *Request for Extension of Time*

Dear Justice Abrams:

    We are counsel for Plaintiff, Windward Bora LLC in the above-entitled action. We write to request an extension of time to file a Memorandum in Further Support Plaintiff's Motion for Summary Judgment from the present due date of October 30, 2023 to November 14, 2023. Plaintiff reached out to Counsel for defendant, Karrim Mohamed, to obtain consent but has not received a response as of the time of the filing of this letter.  This is Plaintiff's first request for an extension of time to file its reply since Defendant filed his Opposition on October 12, 2023. Plaintiff's counsel requires additional time to obtain information from Plaintiff before filing its reply.

    We thank the court for its time and consideration in granting this request.

                                                                             Respectfully,

                                                                       */s/ Mojdeh Malekan*
                                                                       Mojdeh Malekan, Esq.