UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WINDWARD BORA, LLC,

        Plaintiff,

-v-                               No. 1:21-cv-03736-LTS

KARRIM MOHAMED; NATIONAL COLLEGIATE STUDENT LOANTRUST 2006-3,

        Defendants.

**Property: 4425 Wilder Avenue, Bronx, NY 10466**
**Block: 5095 Lot: 145**
Mortgage Servicer: FCI Lender Services, Inc.
Telephone Number: 800-931-2424

-------------------------------------------------------x

## NOTICE OF INTENTION TO ENTER JUDGMENT OF FORECLOSURE AND SALE

The Court intends to enter a judgment in substantially the attached form on January 26, 2024. The proposed order includes language appointing Susan Rizos, Esq. of 478 Watchogue Road, Staten Island, New York 10314, (917) 509-2111, as Special Master pursuant to Federal Rule of Civil Procedure 53(a)(1)(B)(ii), and as Referee. Ms. Rizos is hereby ordered to promptly file a declaration (i) disclosing whether there is any ground for her disqualification under 28 U.S.C. section 455 (see Fed. R. Civ. P. 53(a)(2) & (b)(3)(a)) and (ii) stating whether she accepts the responsibilities and terms detailed in the attached draft. Any objections to the language of the judgment must be filed in writing by 5:00 p.m. on January 23, 2024.

Plaintiff's counsel must serve a copy of this Notice and attached order on Ms. Rizos by January 22, 2024, and file a certificate attesting to such service promptly.

        SO ORDERED.

Dated:  January 19, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                          Laura Taylor Swain
                                          Chief United States District Judge