UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| WINDWARD BORA, LLC |
| Plaintiff, |
| v. |
| KARRIM MOHAMED and NATIONAL COLLEGIATE STUDENT LOANTRUST 2006-3 |
| Defendants. |

1:21-CV-3736-LTS

ORDER

On January 26, 2024, the Court entered a judgment of foreclosure and sale in this matter.  (Docket entry no. 79 (the "Judgment")).  Among other things, the Judgment appointed Ms. Susan E. Rizos, Esq., to serve as a Referee to perform certain tasks detailed within the Judgment.  Plaintiff has advised the Court that Ms. Rizos has relocated to Florida and has requested to be removed in her capacity as Referee in this matter.  (Docket entry no. 95.) Plaintiff requests that the Court appoint Scott Siller, Esq., as substitute Referee and discharge Ms. Rizos of her duties.  (Id.)

Mr. Siller is hereby directed to promptly file a declaration (i) disclosing whether there are any grounds for his disqualification under 28 U.S.C. section 445 and (ii) stating whether he accepts the responsibilities and terms detailed in the Judgment.  Should any party object to Ms. Rizos's discharge as Referee and Mr. Siller's appointment as substitute Referee, they must file those objections in writing by February 18, 2026.

WINDWARD BORA – ORDER                    FEBRUARY 11, 2026                    1

This Order resolves docket entry no. 95.

SO ORDERED.

Dated: New York, New York
        February 11, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge