UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDWARD BORA, LLC<br><br><br>Plaintiff,<br><br>v.<br><br>KARRIM MOHAMED and NATIONAL<br>COLLEGIATE STUDENT LOANTRUST<br>2006-3<br><br><br>Defendants. | 1:21-CV-3736-LTS |

ORDER SUBSTITUTING REFEREE

On February 10, 2026, Plaintiff Windward Bora, LLC requested that the Court

discharge the Referee appointed in this case, Susan E. Rizos, Esq. and appoint Scott Siller, Esq.,

as the substitute Referee.  (Docket entry no. 95.)  The Court directed Mr. Siller to file a

declaration disclosing whether there were any grounds for his disqualification under 28 U.S.C.

section 445 and stating whether he accepts the responsibilities and terms detailed in the

Judgment.  (Docket entry no. 96.)  The Court also provided all parties with the opportunity to

submit written objections to Ms. Rizos's discharge as Referee and Mr. Siller's appointment as

substitute Referee.  The Court has reviewed Mr. Siller's declaration (docket entry no. 97), which

states that there are no grounds for his disqualification.  No party has filed objections to Mr.

Siller's substitution as Referee.

The Judgment in this case (docket entry no. 79) is hereby amended to substitute

Mr. Siller as Referee.  Ms. Rizos is hereby discharged and relieved of authority and

responsibility as Referee, and Mr. Siller shall have the authority, and shall perform the duties, of

the Referee as set forth in the Judgment.


SO ORDERED.

Dated: New York, New York
       March 19, 2026


/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge